**ANDREW NIETOR**
California Bar No. 208784
110 West C Street, Suite 707
San Diego, California  92101
Telephone:  (619) 794-2386

Attorney for Defendant Jose Martinez-Jimenez

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE WILLIAM McCURINE, JR.)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 08cr0589-LAB |
| | ) | 08mj0459-WM |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| JOSE MARTINEZ-JIMENEZ, | ) | STIPULATION |
| | ) | |
| Defendant. | ) | |

**IT IS HEREBY STIPULATED** by and between the parties that the Change of Plea Hearing scheduled for March 13, 2008 at 9:30 a.m. be continued to March 20, 2008 at 9:30 a.m.

**SO STIPULATED.**

DATED:   March 5, 2008                     /s/ Andrew Nietor
                                           Attorney for Mr. Martinez

DATED:   March 5, 2008                     /s/ Mark Conover
                                           Mark Conover
                                           Assistant United States Attorney

08cr0459