UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE WILLIAM McCURINE, JR.)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 08CR0589-LAB |
| Plaintiff, | ) | |
| v. | ) | |
| JOSE MARTINEZ-JIMENEZ, | ) | |
| Defendant. | ) | |
| _____ | ) | PROOF OF SERVICE |

I, the undersigned, declare:

That I served the within Joint Stipulation to Continue Change of Plea Hearing to the United States Attorney's Office through this district's CM/ECF system.

I certify that the foregoing is true and correct. Executed on March 5, 2008 at San Diego, California.

                                                   /s/ Andrew Nietor
                                                 ANDREW K. NIETOR