FILED

08 MAR 10 AM 11:01

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE WILLIAM McCURINE, JR.)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal No. 08cr0589-LAB |
| ) | 08mj0459-WM |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| JOSE MARTINEZ-JIMENEZ, ) | |
| ) | ORDER |
| Defendant. ) | |

The Joint Motion to Continue the Change of Plea Hearing is GRANTED.

It is ORDERED that the Change of Plea Hearing set for March 13, 2008 at 9:30 a.m. be vacated and rescheduled for March 20, 2008 at 9:30 a.m.

DATED: 3/10/08

_____
**HONORABLE WILLIAM McCURINE**
United States Magistrate Judge

08cr0589