```
                                                FILED
                                            08 MAR 19  AM 11:08
                                        CLERK, U.S. DISTRICT COURT
                                        SOUTHERN DISTRICT OF CALIFORNIA

                                        BY: _____ DEPUTY
```

# UNITED STATES DISTRICT COURT

## Southern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 08 CR 0589 LAB |
| Plaintiff, ) | |
| vs. ) | ORDER |
| JOSE MARTINEZ JIMENEZ, ) | |
| Defendant(s). ) | |

### ORDER

**GOOD CAUSE APPEARING** it is hereby ordered that the $500.00 cash deposit for the material witness bond on behalf of the material witness **BERNABE REAL SALGADO** be returned to the surety listed in the bonding documents, to wit: Benedicta Real Salgado, 8201 Larson Avenue Apt. A, Garden Grove, CA 92844.

**Dated:** March 19, 2008

_____
The Honorable William McCurine, Jr.
United States Magistrate Judge